IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **AARON SMITH,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | Case No. 4:12-CV-00682-JCH |
| ) | |
| **I.C. SYSTEM, INC.** ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF SETTLEMENT

Plaintiff Aaron Smith, through his attorneys, hereby notifies the Court that the parties have reached a settlement in principal on all of Plaintiff's claims.  Plaintiff respectfully notes that the parties need a short amount of time to complete settlement documentation, and requests that the Court stay upcoming deadlines in this matter for thirty days.

RESPECTFULLY SUBMITTED:

\<Richard A. Voytas, Jr.\>

_____
JAMES W. EASON, #57112
RICHARD A. VOYTAS, #52046
Eason & Voytas, LLC
Attorney for Plaintiff
One North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:     (314) 667-3161

## CERTIFICATE OF SERVICE

  The undersigned verifies that a copy of the foregoing document was served via electronic mail on the following counsel of record on February 22, 2013:

Joshua C. Dickinson, #51446
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
E-mail: jdickinson@spencerfane.com
Attorney for Defendant

               /s/Richard A. Voytas, Jr.