**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **AARON SMITH** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v.                                           ) | No. 4:12-CV-00682-JCH |
| ) | |
| **I.C. SYSTEM, INC.** ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with

prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED:


**/s/ Nathan K. Bader**

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
JAMES W. EASON  #57112MO
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

## <u>CERTIFICATION</u>

The below signature certifies that on July 24, 2013 the foregoing was served by operation

of the Court's electronic filing system to the following counsel of record:


Joshua C. Dickinson, #51446
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
E-mail: jdickinson@spencerfane.com

/s/ Nathan K. Bader_____